UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN ANTHONY BARTY,<br><br>        Defendant. | Case No.  2:23-cr-00057-KJM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEVIN ANTHONY BARTY, Case No. 2:23-cr-00057-KJM, Charge 18 U.S.C. § 2252(a)(2), from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ 25,000.00.

        _X_  Unsecured Appearance Bond $ 25,000.00.

        \_\_\_\_\_  Appearance Bond with 10% Deposit

        \_\_\_\_\_  Appearance Bond with Surety

        \_\_\_\_\_  Corporate Surety Bail Bond

        \_\_\_\_\_  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 7, 2023 at 2:25 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE